**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL TRASATTI,             :    No. 93 MAL 2022

           Petitioner       : 

                                :    Petition for Allowance of Appeal
                                :    from the Order of the
          v.                    :    Commonwealth Court

                                : 

CITY OF CHESTER (WORKERS'    : 
COMPENSATION APPEAL BOARD),  : 

           Respondents      :

## ORDER

**PER CURIAM**

      **AND NOW**, this 13th day of September, 2022, the Petition for Allowance of Appeal

is **DENIED**.